# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULISSA COTA,<br><br>                   Plaintiff,<br><br>v.<br><br>GLOBAL CELLULAR, INC.,<br><br>                   Defendant. | Case No. 20-cv-2022-MMA (WVG)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS**<br><br>[Doc. No. 12] |

The parties have filed a joint motion to dismiss the action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1).  *See* Doc. No. 12.  Good cause appearing, the Court **GRANTS** the parties' joint motion and **DISMISSES** this action **with prejudice**. Each party shall bear its own attorneys' fees and costs.  The Court **DIRECTS** the Clerk of Court to terminate this action in its entirety.

      **IT IS SO ORDERED**.

Dated: April 9, 2021

                                                             _____
                                                             HON. MICHAEL M. ANELLO
                                                             United States District Judge